THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WALDEN, Appellant. [937 NYS2d 849]

The court erred in initially designating defendant a level three offender rather than a level two offender. The record at best, only supports the level two classification. We exercise our independent discretion to grant defendant a downward departure to level one (see *People v Johnson*, 11 NY3d 416, 421 [2008]). Concur—Saxe, J.P., Friedman, Catterson, Freedman and Manzanet-Daniels, JJ.